IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JONATHAN FRANKLIN WADKINS,
SANDRA KAY WADKINS, and
FRANKLIN MARTIN WADKINS                                              PLAINTIFFS

v.                                                CIVIL ACTION NO. 1:14-cv-00209-GHD-DAS

KEISHA ELIZABETH WERNER and
JOHN ALLEN WERNER, III                                               DEFENDANTS

## ORDER GRANTING DEFENDANTS' CORRECTED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS

Pursuant to an opinion issued this day, the Court hereby ORDERS the following:

In sum, Defendants' motion to dismiss or, in the alternative, for judgment on the pleadings [17] is GRANTED IN PART AND DENIED IN PART, as follows:

(1) All federal claims brought by Plaintiff Jonathan Franklin Wadkins against Defendant Keisha Elizabeth Werner are DISMISSED;

(2) All state law claims brought by Plaintiff Jonathan Franklin Wadkins against Defendant Keisha Elizabeth Werner are DISMISSED;

(3) All federal and state law claims brought by Plaintiff Jonathan Franklin Wadkins against Defendant John Allen Werner, III shall PROCEED; and

(4) All federal and state law claims brought by Plaintiffs Sandra Kay Wadkins and Franklin Martin Wadkins against Defendants Keisha Elizabeth Werner and John Allen Werner, III shall PROCEED.

SO ORDERED, this, the 17th day of June, 2015.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE