IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JONATHAN FRANKLIN WADKINS,
SANDRA KAY WADKINS, and
FRANKLIN MARTIN WADKINS                                              PLAINTIFFS

v.                                                    CIVIL ACTION NO. 1:14-cv-00209-GHD-DAS

KEISHA ELIZABETH WERNER and
JOHN ALLEN WERNER, III                                               DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Presently before the Court is the Plaintiffs' and Defendants' joint motion to dismiss with prejudice.

The Court finds the joint motion to dismiss with prejudice [42] to be well taken.

ACCORDINGLY, it is hereby ORDERED that this matter shall be, and hereby is, dismissed with prejudice, pursuant to the terms and conditions of the parties' confidential settlement agreement, with the parties to bear their own respective costs, attorney's fees, and other expenses.

It is SO ORDERED, this, the 25th day of August, 2015.

_____
SENIOR U.S. DISTRICT JUDGE